**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DAMEENE DEDRICK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-NO.-09-209-MCE |
|     PLAINTIFF, ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO THURSDAY, OCTOBER 8, 2009, EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT (T-2 AND T-4) |
| DAMEENE DEDRICK, et al., ) | |
|     DEFENDANTS. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Acting United States Attorney, Mr. Lawrence G. Brown and defendant Roy Rice by his attorney Mr. Matthew C. Bockman and defendant Dameene Dedrick, by his attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Thursday, June 25, 2009, at 9:00 a.m.** before the Honorable United States District Court Judge, Morrison C. England, Jr., may be continued to **Thursday, October 8, 2009 , at 9:00 a.m.**

The Court's courtroom deputy, Ms. Stephanie Deutsch has been contacted to ensure the Court's calendar was available for that date and the Court is available on Thursday, October 8, 2009.

///

///

1

There is no trial date set. Both defendants are out of custody on pre-trail release.

The parties stipulate and agree that this case is alleged by the government to be a  mortgage fraud case wherein the government has to date produced a CD with over 3,400 documents to be reviewed and investigated by the defense, and that due to the nature of this case, this Court can  make a finding that this case is complex pursuant to the Speedy Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii), local Code T-2, which allows this Court to make the finding that this case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act.

In addition,  the Court previously found from the record made with factual support, that time is to be excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry 19)

## PROCEDURAL STATUS  OF THE CASE

On March 30, 2009, the government filed a criminal complaint against the defendants. (See Docket Entry # 1)

On May 7, 2009,  the government filed a nine (9) count Indictment against the two (2) defendants. (See Docket Entry # 17) the penalties for counts 1-8 are not more than 30 years in Federal Prison and for count nine (9), which only defendant Dedrick is charged, not more than twenty (20) years in Federal Prison. (See Docket Entry #17).

///

///

1  On May 11, 2009, the two (2) defendants were arraigned on the Indictment and
2  a status conference was scheduled for June 25, 2009 (See Docket Entry # 19). The
3  Court  found from the record made with factual support, that time is to be excluded
4  under local code T-4, that time is to be excluded  for the reasonable time necessary
5  for effective preparation by defense counsel and Title 18 U.S.C. section
6  3161(h)(8)(B)(iv), of the speedy trial act. Time was excluded under the Speedy Trial
7  Act from May 11, 2009 to June 25, 2009. (See Docket Entry 17)

## DISCOVERY STATUS IN THE CASE

9  To date, the government has produce approximately over 3,400 pages on
10 CD's.  The defense is in the continuing process of reviewing this large amount of
11 discovery.  In addition, investigation by the defense is on going.
12 The parties stipulate and agree that time under the Speedy Trial Act  shall
13 continue be excluded **up to and including Thursday, October 8, 2009, under** the
14 Speedy Trial Act under Local Code T-2 (**complexity of case)** and Title 18 U.S.C.
15 section 3161(h)(8)(B)(ii)and Local Code T-4 (**time for defense counsel**
16 **preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

Respectfully submitted,

LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

/s/ Lawrence G. Brown by in person authorization

DATED: 6-22-09
_____
Lawrence G. Brown
ACTING UNITED STATES ATTORNEY

DATED: 6-22-09

/s/ Matthew C. Bockman  by e mail  authorization
_____
Matthew C. Bockman
Attorney for Defendant Roy Rice

3

DATED: 6-22-09           /s/ James R. Greiner

James R. Greiner
Attorney for Defendant Dameene Dedrick

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: June 23, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE