DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW C. BOCKMON, Bar# 161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ROY RICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-00209-MCE |
|  | ) |  |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
|  | ) | **CONTINUE STATUS CONFERENCE** |
| v. | ) |  |
|  | ) | DATE: February 25, 2010 |
| DAMEENE DEDRICK and | ) | TIME: 9:00 a.m. |
| ROY RICE, | ) | JUDGE: Morrison C. England, Jr. |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |
| _____ | ) |  |

It is hereby stipulated and agreed to between the United States of America through LAWRENCE G. BROWN, Assistant U.S. Attorney, and defendants, DAMEENE DEDRICK by and through his counsel, JAMES R. GREINER, and ROY RICE by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, that the status conference set for January 28, 2010, be continued to **Thursday, February 25, 2010, at 9:00 a.m.**

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, and to continue investigating the facts of the case. In addition, Mr. Bockmon will not be available as he is out of the office on medical leave through the end of January, 2010.

1    It is further stipulated and agreed between the parties that the
2 time period from the date of this stipulation, January 21, 2010,
3 through and including the date of the new status conference hearing,
4 February 25, 2010, shall be excluded from computation of time within
5 which the trial of this matter must be commenced under the Speedy Trial
6 Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4
7 [reasonable time for defense counsel to prepare].

8 DATED: January 21, 2010         Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                   /s/ Matthew C. Bockmon
                                  MATTHEW C. BOCKMON
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ROY RICE

DATED: January 21, 2010            /s/ Matthew C. Bockmon for
                                  JAMES R. GREINER
                                  Attorney for Defendant
                                  DAMEENE DEDRICK

DATED: January 21, 2010           BENJAMIN B. WAGNER
                                  United States Attorney

                                   /s/ Matthew C. Bockmon for
                                  LAWRENCE G. BROWN
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**O R D E R**

   FOR GOOD CAUSE SHOWING, IT IS SO ORDERED.

 Dated: January 25, 2010

                                  _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE