JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DAMEENE DEDRICK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.-S-NO.-09-209-MCE |
| PLAINTIFF, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO THURSDAY, JUNE 3, 2010, EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT (T-2 AND T-4) |
| DAMEENE DEDRICK, et al., | |
| DEFENDANTS. | |

HEREBY, the United States by AUSA Michelle Rodriguez, and defendant Roy Rice by his attorney Matthew C. Bockman, and defendant Dameene Dedrick by his attorney James R. Greiner, all stipulate and agree that the status conference calendared for Thursday, February 25, 2010, at 9:00 a.m. before the Honorable United States District Court Judge, Morrison C. England, Jr., may be continued to Thursday, June 3, 2010, at 9:00 a.m. The Court's courtroom deputy, Keshia M. Jones, has confirmed the Court's availability on this date (June 3, 2010).

## BACKGROUND

On March 30, 2009, the government filed its complaint against the defendants. (Docket 1). On May 7, 2009, the government filed a 9 Count Indictment. (See

1

Docket 17).  Each penalty for Counts 1-8 (against both defendants) includes up to 30 years in Federal Prison and the penalty for Count 9 (against Dedrick only) includes up to 20 years in Federal Prison. (Docket 17).  The case concerns allegations of mortgage fraud.  To date, the government has produced over 3,400 documents to be reviewed and investigated by the defense.  Each defendant's review is on-going.  There is no trial date set. Both defendants are out of custody on pre-trial release.

On May 11, 2009, in Magistrate Court the two defendants were arraigned on the Indictment and a District Court status conference was scheduled for June 25, 2009. (Docket 19). At the defendants' request, the Magistrate Court found (from a record made with factual support) Speedy Trial Act time shall be excluded under local code T-4 (defense preparation) from May 11, 2009 to June 25, 2009. (Docket 19).   On June 24, 2009, at the request of the defendants and by stipulation of the parties, this Court entered an Order continuing the case to October 8, 2009, finding from a record made with factual support that time shall be excluded under local code T-2 (for complex case) and local code T-4 (for defense preparation). (Docket 23).  By minute Order on August 17, 2009, on the Court's own motion, the October 8, 2009 status hearing was vacated and continued to October 22, 2009. (Docket 24). On October 21, 2009, at the request of the defendants and by stipulation of the parties, this Court entered another order -- excluding time from a record made with factual support (under local code T-2 (for complex case) and local code T-4 (for defense preparation)) -- from October 8, 2009 through January 28, 2010. (Docket 26). On January 26, 2010, at the request of the defendants and by stipulation of the parties, this Court entered a similar order -- excluding time from a record made with factual support (under local code T-2 (for complex case) and local code T-4 (for defense preparation)) -- from January 28, 2010 through (the currently set status hearing) February 25, 2010. (Docket 28).  The parties are engaged in negotiations to resolve this case and the government indicates that it will not agree to further status hearing continuances.

1  WHEREFORE, due to the nature of this case and the volume of discovery and
2 at the request of the defendants, the parties stipulate and agree that this Court should
3 order time under the Speedy Trial Act continue to be excluded up to and including
4 Thursday, June 3, 2010, under the Speedy Trial Act for case complexity (Local Code
5 T-2 and Title 18 U.S.C. section 3161(h)(8)(B)(ii)) and for defense counsel
6 preparation (Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv)).

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 2-22-10          /s/ James R. Greiner (via email approval)
                        _____
                        Michelle Rodriguez, ASSISTANT US ATTORNEY

DATED: 2-22-10          /s/ James R. Greiner (via email approval)
                        _____
                        Matthew C. Bockman
                        Attorney for Defendant Roy Rice

DATED: 2-22-10          /s/ James R. Greiner
                        _____
                        James R. Greiner
                        Attorney for Defendant Dameene Dedrick

# ORDER

IT IS HEREBY ORDERED AS FOLLOWS:

1. The status hearing on February 25, 2010 is vacated;

2. This case is continued to June 3, 2010 for status hearing; and

3. At the defendants' request, the parties' joint stipulation to exclude time under the speedy trial act is granted. For case complexity and for preparation of defense counsel, time is excluded from February 25, 2010 up to and including June 3, 2010 pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(ii) (Local Code T2 -- complex case) and 3161(h)(7)(B)(iv) (Local Code T4 -- preparation by counsel).

Dated: February 24, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE