DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW C. BOCKMON, Bar# 161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ROY RICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>          Plaintiff,             )<br>                                 )<br>     v.                          )<br>                                 )<br> DAMEENE DEDRICK and             )<br> ROY RICE,                       )<br>                                 )<br>          Defendants.            )<br>                                 )<br> _____  ) | 2:09-cr-00209-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE: October 28, 2010<br>TIME: 9:00 a.m.<br>JUDGE: Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through Michelle Rodriguez, Assistant U.S. Attorney, and defendants, DAMEENE DEDRICK by and through his counsel, James R. Greiner, and ROY RICE by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of July 22, 2010, be vacated and a new status conference hearing date of **Thursday, October 28, 2010, at 9:00 a.m.**, be set.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, and to continue investigating the facts of the case.

/ / /

1   It is further stipulated and agreed between the parties that the
2 time period from July 22, 2010, through and including the date of the
3 new status conference hearing, October 28, 2010, shall be excluded from
4 computation of time within which the trial of this matter must be
5 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §
6 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense
7 counsel to prepare].

8 DATED: July 20, 2010            Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                   */s/ Matthew C. Bockmon*
                                  MATTHEW C. BOCKMON
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ROY RICE

14 DATED: July 20, 2010            */s/ Matthew C. Bockmon for*
                                  JAMES R. GREINER
                                  Attorney for Defendant
                                  DAMEENE DEDRICK

17 DATED: July 20, 2010            BENJAMIN B. WAGNER
                                  United States Attorney

                                   */s/ Matthew C. Bockmon for*
                                  MICHELLE RODRIGUEZ
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: July 22, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2