JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DAMEENE DEDRICK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-00209-MCE |
| PLAINTIFF, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO THURSDAY, JANUARY 27, 2011, EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT (T-2 AND T-4) |
| DAMEENE DEDRICK, et al., | |
| DEFENDANTS. | |

Plaintiff, the United States by Assistant United States Attorney, Ms. Michelle Rodriguez, and defendant Roy Rice by his attorney Matthew C. Bockman, and defendant Dameene Dedrick by his attorney James R. Greiner, all stipulate and agree that the status conference calendared for **Wednesday, October 27, 2010**, at 9:00 a.m. before the Honorable United States District Court Judge, Morrison C. England, Jr., may be continued to **Thursday, January 27, 2011**, at 9:00 a.m. The Court's availability on this date (**January 27, 2011**) has been confirmed.

///

///

///

1

## BACKGROUND

On March 30, 2009, the government filed its complaint against the defendants. (Docket 1). On May 7, 2009, the government filed a 9 Count Indictment. (See Docket 17). Each penalty for Counts 1-8 (against both defendants) includes up to 30 years in Federal Prison and the penalty for Count 9 (against Dedrick only) includes up to 20 years in Federal Prison. (Docket 17). The case concerns allegations of mortgage fraud. To date, the government has produced over 3,400 documents to be reviewed and investigated by the defense. Each defendant's review is on-going. There is no trial date set. Both defendants are out of custody on pre-trial release.

The parties are engaged in negotiations to resolve this case short of trial which will be a cost savings for both this Court and the government which will allow judicial resources spend on other matters.

This continuance is agreed and stipulated by and between the parties as being reasonable to allow continued discussions regarding the possibility of a good faith resolution of the case and to allow further investigation by the defense.

WHEREFORE, due to the nature of this case and the volume of discovery and at the request of the defendants, the parties stipulate and agree that this Court should order time under the Speedy Trial Act continue to be excluded from **Wednesday October 27, 2010,** up to and including **Thursday, January 27, 2011**, under the Speedy Trial Act for case complexity (Local Code T-2 and Title 18 U.S.C. section 3161(h)(8)(B)(ii)) and for defense counsel preparation (Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv)).

Respectfully submitted,
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 10-26-10            /s/ MICHELLE RODRIGUEZ (via phone approval)
                           Michelle Rodriguez, ASSISTANT US ATTORNEY

DATED: 10-26-10            /s/ MATTHEW C. BOCKMAN(via email approval)
                           Matthew C. Bockman

1        Attorney for Defendant Roy Rice

2   DATED: 10-26-10        /s/ JAMES R. GREINER

3        James R. Greiner
         Attorney for Defendant Dameene Dedrick

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED AS FOLLOWS:

1. The status hearing on **October 27, 2010 is vacated**;

2. This case is continued to **January 27, 2011 for status hearing**; and

3. At the defendants' request, the parties' joint stipulation to exclude time under the speedy trial act is granted. For case complexity and for preparation of defense counsel, time is excluded from **October 27, 2010** up to and including **January 27, 2011** pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(ii) (Local Code T2 -- complex case) and 3161(h)(7)(B)(iv) (Local Code T4 -- preparation by counsel).

Dated: October 28, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE