JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DAMEENE DEDRICK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>    PLAINTIFF, )<br><br>    v. )<br><br>DAMEENE DEDRICK, et al., )<br><br>    DEFENDANTS. )<br>_____ ) | No. 2:09-cr-00209-MCE<br><br>STIPULATION AND<br>ORDER TO CONTINUE THE STATUS<br>CONFERENCE TO THURSDAY,<br>APRIL 28, 2011, EXCLUDING<br>TIME UNDER THE SPEEDY TRIAL<br>ACT (T-2 AND T-4) |

Plaintiff, the United States by Assistant United States Attorney, Ms.  Michelle Rodriguez, and defendant Roy Rice by his attorney Matthew C. Bockman, and defendant Dameene Dedrick by his attorney James R. Greiner, all stipulate and agree that the status conference calendared for **Thursday, January 27, 2011**, at 9:00 a.m. before the Honorable United States District Court Judge, Morrison C. England, Jr., may be continued to **Thursday, April 28, 2011**, at 9:00 a.m.  The Court's availability on this date (**April 28, 2011**) has been confirmed.

## BACKGROUND

On March 30, 2009, the government filed its complaint against the defendants. (Docket 1).  On May 7, 2009, the government filed a 9 Count Indictment. (See

1   Docket 17).  Each penalty for Counts 1-8 (against both defendants) includes up to 30

2   years in Federal Prison and the penalty for Count 9 (against Dedrick only) includes

3   up to 20 years in Federal Prison. (Docket 17).  The case concerns allegations of

4   mortgage fraud.  To date, the government has produced over 3,400 documents to be

5   reviewed and investigated by the defense.  Each defendant's review is on-going.

6   There is no trial date set. Both defendants are out of custody on pre-trial release.

7        The parties are engaged in negotiations to resolve this case short of trial which

8   will be a cost savings for both this Court and the government which will allow

9   judicial resources spend on other matters.

10        This continuance is agreed and stipulated by and between the parties as being

11   reasonable to allow continued discussions regarding the possibility of a good faith

12   resolution of the case and to allow further investigation by the defense.

13        WHEREFORE, due to the nature of this case and the volume of discovery and

14   at the request of both parties, the parties stipulate and agree that this Court should

15   order time under the Speedy Trial Act continue to be excluded from **Thursday**

16   **January 27, 2011,** up to and including **Thursday, April 28,  2011**, under the Speedy

17   Trial Act for case complexity (Local Code T-2 and Title 18 U.S.C. section

18   3161(h)(8)(B)(ii)) and for defense counsel preparation in that all counsel for all

19   parties stipulate that the ends of justice are served by the Court excluding such time,

20   so that counsel for each defendant may have reasonable time necessary for effective

21   preparation, taking into account the exercise of due diligence, 18U.S.C. section

22   3161(h)(7)(B)(iv), and therefore time should also be excluded under 18 U.S.C.

23   section 3161(h)(7)(A) and Local Code T-4

24                                          Respectfully submitted,
                                            BENJAMIN B. WAGNER
25                                          UNITED STATES ATTORNEY

26   DATED: 1-21-11              /s/ MICHELLE RODRIGUEZ (via e mail approval)

27                               Michelle Rodriguez, ASSISTANT US ATTORNEY

28

1

2   DATED: 1-21-11                    /s/ MATTHEW C. BOCKMAN(via email approval)

3                                     _____
                                      Matthew C. Bockman
                                      Attorney for Defendant Roy Rice
4
    DATED: 1-21-11                    /s/ JAMES R. GREINER
5
                                      _____
6                                     James R. Greiner
                                      Attorney for Defendant Dameene Dedricd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

IT IS HEREBY ORDERED AS FOLLOWS:

1.     The status hearing on **January  27, 2011 is vacated**;

2.     This case is continued to **April 28, 2011 for status hearing**; and

3.     At the request of both parties, the parties stipulate and agree that this Court should order time under the Speedy Trial Act continue to be excluded from **Thursday January 27, 2011,** up to and including **Thursday, April 28,  2011**, under the Speedy Trial Act for case complexity (Local Code T-2 and Title 18 U.S.C. section 3161(h)(7)(B)(ii)) and for defense counsel preparation in that all counsel for all parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. section 3161(h)(7)(B)(iv), and therefore time should also be excluded under 18 U.S.C. section 3161(h)(7)(A) and Local Code T.

Dated:  January 31, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

4