**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DAMEENE DEDRICK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:09-cr-00209-MCE |
| PLAINTIFF, ) | |
| ) | WAIVER OF DEFENDANT'S |
| v. ) | PRESENCE |
| ) | |
| DAMEENE DEDRICK, et al., ) | DISTRICT COURT JUDGE |
| ) | MORRISON C. ENGLAND, JR. |
| DEFENDANTS. ) | |
| ) | |
| _____ ) | |

Pursuant to Federal Rules of Criminal Procedure, Rule 43, defendant, DAMEENE DEDRICK, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing , entry of plea and every stage of trial including verdict, impanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present.

1

1  Defendant further agrees to be present in Court ready for trial any day and hour the
2  Court may fix in his absence.
3      The defendant further acknowledges that he has been informed of his rights
4  under Title 18 U.S.C. sections 3161-3174 (The Speedy Trial Act) and authorizes his
5  attorney to set times and delays under that Act without his personal presence.
6  Dated: 4-27-11

/s/ DAMEENE DEDRICK

_____

Dameene Dedrick (original retained by attorney)

I concur in Mr. Ric's decision to waive his presence at future proceedings.

DATED: 4-27-11            /s/ JAMES R. GREINER

_____
James R. Greiner
Attorney for Defendant Dameene Dedrick

**ORDER**

**IT IS SO ORDERED.**

Dated: May 3, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2