1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar# 161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   ROY RICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-cr-00209-MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE AND** |
| v. ) | **TO EXCLUDE TIME PURSUANT TO THE** |
| ) | **SPEEDY TRIAL ACT** |
| DAMEENE DEDRICK and ) | |
| ROY RICE, ) | DATE:  May 26, 2011 |
| ) | TIME:  9:00 a.m. |
| Defendants. ) | JUDGE:  Morrison C. England, Jr. |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Michelle Rodriguez, Assistant U.S. Attorney, and defendants, DAMEENE DEDRICK by and through his counsel, James R. Greiner, and ROY RICE by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of May 5, 2011, be vacated and a new status conference hearing date of **Thursday, May 26, 2011, at 9:00 a.m.**, be set.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, and to continue investigating the facts of the case.

///

///

///

It is further stipulated and agreed between the parties that the time period from May 5, 2011, through and including the date of the new status conference hearing, May 26, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: May 4, 2010

                        Respectfully submitted,

                        DANIEL J. BRODERICK
                        Federal Defender

                        */s/ Matthew C. Bockmon*
                        MATTHEW C. BOCKMON
                        Assistant Federal Defender
                        Attorney for Defendant
                        ROY RICE

DATED: May 4, 2011         */s/ Matthew C. Bockmon for*
                        JAMES R. GREINER
                        Attorney for Defendant
                        DAMEENE DEDRICK

DATED: May 4, 2011         BENJAMIN B. WAGNER
                        United States Attorney

                        */s/ Matthew C. Bockmon for*
                        MICHELLE RODRIGUEZ
                        Assistant U.S. Attorney
                        Attorney for Plaintiff

                              O R D E R

**IT IS SO ORDERED.**

Dated: May 6, 2011

                        MORRISON C. ENGLAND, JR.
                        UNITED STATES DISTRICT JUDGE